# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>SANTOS ESPARZA-TORRES,<br><br>                         Defendant. | Case No. 20cr550-MMA<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO REVOKE DETENTION ORDER**<br><br>[Doc. No. 13] |

Defendant Santos Esparza-Torres is charged in a single-count Information with attempted illegal reentry, in violation of 8 U.S.C. § 1326(a) and (b). *See* Doc. No. 9. On January 22, 2020, United States Magistrate Judge Ruth Bermudez Montenegro ordered Defendant detained for the pendency of these proceedings due to the serious risk that Defendant would flee if released. *See* Doc. No. 2. Defendant now moves this Court to revoke the detention order and release Defendant on bond. *See* Doc. No. 13. In light of Defendant's argument that recent developments and changed circumstances warrant his release, the Court finds that Defendant should request relief in the first instance from Judge Montenegro. Accordingly, the Court **DENIES** Defendant's motion without prejudice.

**IT IS SO ORDERED**.

DATED: April 7, 2020

                                                        HON. MICHAEL M. ANELLO
                                                        United States District Judge